ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 31 2005

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASEY ROSS BUNCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-1707-L |
| | § | |
| SHERIFF LUPE VALDEZ, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

This is a *pro se* civil rights action. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On September 30, 2005, the Findings and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

The magistrate judge recommended that Plaintiff's complaint should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2). Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are accepted as those of the court. Accordingly, Plaintiff's complaint is **dismissed with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

**It is so ordered** this 31st day of October, 2005.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page